# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SABRINA NUNN,**<br>    **Plaintiff,**<br><br>        v.<br><br>**NHS HUMAN SERVICES, INC.,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 13-3140** |

## O R D E R

**AND NOW**, this 8th day of June, 2015, upon consideration of Defendant NHS Human Services, Inc.'s Motion for Summary Judgment (Document No. 18, filed July 22, 2014); Plaintiff Sabrina Nunn's Brief in Opposition to Defendant NHS Human Services, Inc.'s Motion for Summary Judgment (Document No. 20, filed August 19, 2014); and Defendant's Reply in Further Support of its Motion for Summary Judgment (Document No. 21, filed August 29, 2014), for the reasons set forth in the Memorandum dated June 8, 2015, **IT IS ORDERED** that Defendant NHS Human Services, Inc.'s Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of defendant, NHS Human Services, Inc., and **AGAINST** plaintiff, Sabrina Nunn.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

                              **BY THE COURT:**

                              /s/ Hon. Jan E. DuBois
                                  **DuBOIS, JAN E., J.**